Michael S. Taaffe (NJ 033861983)
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue
Post Office Box 49948
Sarasota, Florida 34230-6948
(941) 364-2720; (941) 366-3999 (fax)
mtaaffe@shumaker.com
Counsel for Plaintiff

and

Tom BenGera (NJ 116172014)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
(704) 945-2193; (704) 332-1197
tbengera@shumaker.com
Counsel for Plaintiff
*Pro Hac Vice Admission Pending*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERMI LLC. | ) **FED. R. CIV. P. 7.1 CORPORATE** |
| | ) **DISCLOSURE STATEMENT** |
| Plaintiff, | ) |
| | ) **Case No. 1:19-cv-20716** |
| vs. | ) |
| | ) |
| KAISER MEDICAL, INC. and ROBERT KAISER, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ERMI LLC makes the following disclosure through its undersigned counsel:

1

ERMI LLC does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Shumaker, Loop & Kendrick, LLP

By: _s/ Michael S. Taaffe_____
Michael S. Taaffe (NJ 033861983)
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue
Post Office Box 49948
Sarasota, Florida 34230-6948
(941)  364-2720;
(941)  366-3999 (fax)
mtaaffe@shumaker.com

and

Tom BenGera (NJ 116172014)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
(704) 945-2193; (704) 332-1197
tbengera@shumaker.com
Counsel for Plaintiff
*Pro Hac Vice Admission Pending*

)

2